LAW OFFICE OF RICHARD W. SNYDER
RICHARD W. SNYDER, ESQ., State Bar # 183570
131 N. Tustin Avenue, Suite 200
Tustin, CA 92780
(714) 505-7585

Attorney for Movant
MERCHANTS ACQUISITION GROUP LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MORGAN R FLINT<br><br>Debtor(s), | Case No.: 2:19-17765ER<br><br>CHAPTER 7<br><br>MOTION FOR ORDER AUTHORIZING DEBTOR EXAMINATION AND PRODUCTION OF DOCUMENTS UNDER BANKRUPTCY RULE 2004; DECLARATION OF BRUCE JACKMAN IN SUPPORT<br><br>Date:<br>Time:<br>Place:<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE ERNEST ROBLES BANKRUPTCY JUDGE:

Movant, Merchants Acquisition Group LLC ("MAG") hereby moves this Court for an Order Authorizing the Examination of above-named Debtor(s) and for Production of Documents under Bankruptcy Rule 2004, and in support thereof represents the following:

1. On or about 07/02/2019 Debtor(s) filed a voluntary petition under Title 11, Chapter 7 of the United States Bankruptcy Code.

2. Daniel's Jewelers ("Creditor") is a creditor of said Debtor(s) with respect to an account opened by Debtor(s) with Daniel's Jewelers on agreement of security on or

about 02/12/2011, as account number 11010474039. On or before 04/27/2015 Debtor(s) purchased 1-3/4CTW LADIES DIAMOND RING ("Collateral"), with a fair market value as of the time of filing bankruptcy of $5474.95.

3. Creditor assigned its claim against above-named Debtor(s) to MAG on or about 09/16/2019.

4. Creditor placed its claim against above-named Debtor(s) with MAG on or about 08/22/2019 to determine the location and condition of the Collateral and/or to review the account documentation to determine if sufficient cause exists to file an adversary proceeding under 11 U.S.C. § 523(a).

5. MAG has attempted to contact attorney for Debtor(s) to determine the location and condition of the Collateral. As of the date of filing of this motion, Debtor(s) have been non-responsive or have not provided sufficient information concerning the Collateral. Pursuant to the requirements of LBR 2004-1(a), on September 30, 2019, MAG's employ Bruce Jackman contacted the attorney for the Debtor(s) Lauren Rode, Esq. and agreed to have the examination conducted on November 15, 2019 at 12:00 p.m. at the Law Office of Richard W. Snyder, Esq., 131 N. Tustin Avenue, Ste. 200, Tustin, CA 92780. (see Exhibit 2)

6. MAG now believes that cause may exist for filing a motion for relief from stay to facilitate its retained remedies, or if the stay has already been lifted, MAG seeks to determine the extent of its in rem rights in and to the subject Collateral.

7. MAG wishes to question the Debtor(s) further to determine the location and/or disposition of the Collateral. MAG desires to have an examination of the Debtor(s) conducted by Richard W. Snyder, Esq., at 131 N. Tustin Ave. Suite 200, Tustin, CA 92780.

8. This motion cannot proceed under Bankruptcy Rule 7030 as there has been no commencement of an adversary action and there are no adversaries pending.

9. This motion cannot proceed under Bankruptcy Rule 9014 as this is not a contested matter.

10. Pursuant to Bankruptcy Rule 2004(e), the Debtor(s) herein reside(s) at 28160 MCBEAN PKWY #25301 VALENCIA, CA 91354 which is within 100 miles of the place of examination.

WHEREFORE, Movant prays that the Court enter its order as follows:

1. That Debtor(s) appear for examination conducted by Richard W. Snyder, Esq., at 131 N. Tustin Ave. Suite 200, Tustin CA 92780, on 11/15/2019 at 12:00PM.

2. Debtor(s) shall bring with them those documents described on Exhibit "1" attached hereto.

DATED: 10/2/19

LAW OFFICE OF RICHARD W. SNYDER

By: _____
Richard W. Snyder,
Attorney for Movant

Certification Pursuant to LBR 2004-1:

Attached hereto as Exhibit "2" is a true and correct copy of the initial correspondence sent by my office advising Debtor's counsel of Movant's desire to arrange for a mutually agreeable date, time, place and scope of an examination and/or production under LBR 2004-1, as well as case notes documenting any subsequent attempts to reach Debtor's counsel to meet and confer by e-mail and phone. To date, Debtor's counsel has expressed no alternate preference to the proposed date, time, place or scope of the examination and production.

DATED: 10/2/19

By: _____
Richard W. Snyder, Esq.
Attorney for Movant

LAW OFFICE OF RICHARD W. SNYDER
RICHARD W. SNYDER, ESQ., State Bar # 183570
131 N. Tustin Ave. Suite 200
Tustin, CA 92780
(714) 505-7585

Attorney for Movant
MERCHANTS ACQUISITION GROUP LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MORGAN R FLINT<br><br>Debtor(s), | Case No.: 2:19-17765ER<br><br>CHAPTER 7<br><br>DECLARATION OF BRUCE JACKMAN IN SUPPORT OF MOTION FOR ORDER AUTHORIZING DEBTOR EXAMINATION AND PRODCUTION OF DOCUMENTS UNDER BANKRUPTCY RULE 2004;<br><br>Date:<br>Time:<br>Place: |

TO THE HONORABLE ERNEST ROBLES, BANKRUPTCY JUDGE:

I, Bruce Jackman, hereby declare and state:

1. I am the custodian of records for the Movant herein, Merchants Acquisition Group LLC ("MAG"). I have personal knowledge of all facts set forth herein and if called as a witness to testify thereto I could and would do so.

2. On or about 07/02/2019 Debtor(s) filed a voluntary petition under Title 11, Chapter 7 of the United States Bankruptcy Code.

3. Daniel's Jewelers ("Creditor") is a creditor of said Debtor(s) with respect to a charge account opened by Debtor(s) with Daniel's Jewelers on agreement of security on or about 02/12/2011 as account number 11010474039. On or before 04/27/2015

Case 2:19-bk-17765-ER    Doc 14    Filed 10/02/19    Entered 10/02/19 17:47:27    Desc
Main Document    Page 5 of 11

Debtor(s) purchased 1-3/4CTW LADIES DIAMOND RING ("Collateral"), with fair market value as of the time of filing bankruptcy of $5474.95.

4. Creditor assigned its claim against above-named Debtor(s) to MAG on or about 09/16/2019.

5. Creditor placed its claim against above-named Debtor(s) with MAG on or about 08/22/2019 to determine the location and condition of the Collateral and/or to review the account documentation to determine if sufficient cause exists to file an adversary proceeding under 11 U.S.C. § 523(a).

6. MAG has attempted to contact attorney for Debtor(s) to determine the location and condition of the Collateral. As of the date of filing of this motion, Debtor(s) have been non-responsive or have not provided sufficient information concerning the Collateral. Pursuant to the requirements of LBR 2004-1(a), on September 30, 2019, I contacted the attorney for the Debtor(s) Lauren Rode, Esq. and agreed to have the examination conducted on November 15, 2019 at 12:00 p.m. at the Law Office of Richard W. Snyder, Esq., 131 N. Tustin Avenue, Ste. 200, Tustin, CA 92780. (see Exhibit 2)

7. MAG now believes that cause may exist for filing a motion for relief from stay to facilitate its retained remedies, or if the stay has already been lifted, MAG seeks to determine the extent of its in rem rights in and to the subject Collateral.

8. MAG wishes to question the Debtor(s) further to determine the location and/or disposition of its Collateral. Creditor desires to have an examination of the Debtor(s) conducted by Richard W. Snyder, Esq., at 131 N. Tustin Ave. Suite 200, Tustin CA 92780.

9. This motion cannot proceed under Bankruptcy Rule 7030 as there has been no commencement of an adversary action and there are no adversaries pending.

10. This motion cannot proceed under Bankruptcy Rule 9014 as this is not a contested matter.

11. <u>Pursuant to Bankruptcy Rule 2004(e), the Debtor(s) herein reside(s) at 28160</u>

MCBEAN PKWY #25301  VALENCIA, CA 91354, which is within 100 miles of the place of examination.

WHEREFORE, Movant prays that the Court enter its order as follows:

    1.    That Debtor(s) appear for an examination to be conducted by Richard W. Snyder, Esq., at 131 N. Tustin Ave. Suite 200, Tustin CA 92780, on 11/15/2019 at 12:00PM.

    2.    Debtor(s) shall bring with them those documents described on Exhibit "1" attached hereto.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed at Tustin, California on October 2, 2019.

By: _____
Bruce Jackman

## EXHIBIT "1"

All of the following documents:

1. Any and all documents and records in the Debtor(s)' possession relating to the debt owed to DANIEL'S JEWELERS.

2. Any and all documents relating to the location and/or condition of all item(s) purchased from DANIEL'S JEWELERS, including but not limited to the Collateral described as: 1-3/4CTW LADIES DIAMOND RING.

3. Any and all documents and records evidencing the transfer or sale of any item(s) purchased by the Debtor(s) from DANIEL'S JEWELERS, if applicable.

4. Any and all documents and records evidencing the proceeds realized by the Debtor(s) from any transfer or sale of any item(s) purchased by the Debtor(s) from DANIEL'S JEWELERS, if applicable.

5. Any and all documents and records evidencing the truthfulness and/or accuracy of the statements made by the Debtor(s) in the credit application that the Debtor(s) completed and signed to open an account with DANIEL'S JEWELERS.

# Richard W. Snyder
ATTORNEY AT LAW

September 19, 2019

E-MAIL TO: lauren.rode@gmail.com

LAUREN RODE
3885 STATE ST #205
SANTA BARBARA, CA 93105

RE:   MORGAN R FLINT
      BK Case No. 2:19-17765ER

As your firm has been informed by our office previously, the outstanding issues pertaining to the purchases from Daniel's Jewelers on the account with Daniel's Jewelers listed in the above-referenced bankruptcy proceeding remain unresolved.

We have prepared the attached motion seeking an examination of the Debtor and/or production of documents under FRBP 2004, which has been scheduled for 10/25/2019 at 12:00PM at our office. This letter constitutes a formal request for your office to confer with my office telephonically to arrange a mutually agreeable date, time, place and scope of the examination and production, in compliance with Central District of California Local Bankruptcy Rule 2004-1(a).

<u>As time is of the essence, please contact us within four days (4) days at (714) 505-7585 to discuss this matter.</u> Our client was hoping this could be resolved without filing the attached motion, but your office's actions, or lack thereof, have left our client with no alternative but to take this next step.

Sincerely,

Richard W. Snyder, Esq.
Attorney At Law


Attachment(s)

RWS/rfp

LAW OFFICE OF RICHARD W. SNYDER
RICHARD W. SNYDER, ESQ., State Bar # 183570
131 N. Tustin Avenue, Suite 200
Tustin, CA 92780
(714) 505-7585

Attorney for Movant
MERCHANTS ACQUISITION GROUP LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re  ) Case No.: 2:19-17765ER
MORGAN R FLINT  ) CHAPTER 7
         ) MOTION FOR ORDER AUTHORIZING
Debtor(s),  ) DEBTOR EXAMINATION AND
         ) PRODUCTION OF DOCUMENTS
         ) UNDER BANKRUPTCY RULE 2004;
         ) DECLARATION OF BRUCE JACKMAN
         ) IN SUPPORT
         ) Date:
         ) Time:
         ) Place:
         ) [NO HEARING REQUIRED]

TO THE HONORABLE ERNEST ROBLES BANKRUPTCY JUDGE:

Movant, Merchants Acquisition Group LLC ("MAG") hereby moves this Court for an Order Authorizing the Examination of above-named Debtor(s) and for Production of Documents under Bankruptcy Rule 2004, and in support thereof represents the following:

1. On or about 07/02/2019 Debtor(s) filed a voluntary petition under Title 11, Chapter 7 of the United States Bankruptcy Code.

2. Daniel's Jewelers ("Creditor") is a creditor of said Debtor(s) with respect to an account opened by Debtor(s) with Daniel's Jewelers on agreement of security on or about 02/12/2011, as account number 11010474039. On or before 04/27/2015 Debtor(s) purchased 1-3/4CTW LADIES DIAMOND RING ("Collateral"), with a fair market value as of the time of filing bankruptcy of $5474.95.

3. Creditor assigned its claim against above-named Debtor(s) to MAG on or about 09/16/2019.

4. Creditor placed its claim against above-named Debtor(s) with MAG on or about 08/22/2019 to determine the location and condition of the Collateral and/or to review the account documentation to determine if sufficient cause exists to file an adversary proceeding under 11 U.S.C. § 523(a).

5. MAG has attempted to contact attorney for Debtor(s) to determine the location and condition of the Collateral. As of the date of filing of this motion, Debtor(s) have been non-responsive or have not provided sufficient information concerning the Collateral. Pursuant to the requirements of LBR 2004-1(a), MAG's attorney has attempted to contact attorney for Debtor(s) by telephone to arrange for a mutually agreeable date, time, place and scope for the requested examination.

6. MAG now believes that cause may exist for filing a motion for relief from stay to facilitate its retained remedies, or if the stay has already been lifted, MAG seeks to determine the extent of its in rem rights in and to the subject Collateral.

7. MAG wishes to question the Debtor(s) further to determine the location and/or disposition of the Collateral. MAG desires to have an examination of the Debtor(s) conducted by Richard W. Snyder, Esq., at 131 N. Tustin Ave. Suite 200, Tustin, CA 92780.

8. This motion cannot proceed under Bankruptcy Rule 7030 as there has been no commencement of an adversary action and there are no adversaries pending.

9. This motion cannot proceed under Bankruptcy Rule 9014 as this is not a contested matter.

10. Pursuant to Bankruptcy Rule 2004(e), the Debtor(s) herein reside(s) at 28160 MCBEAN PKWY #25301, VALENCIA, CA 91354 which is within 100 miles of the place of examination.

WHEREFORE, Movant prays that the Court enter its order as follows:

1. That Debtor(s) appear for examination conducted by Richard W. Snyder, Esq., at 131 N. Tustin Ave. Suite 200, Tustin CA 92780, on 10/25/2019 at 12:00PM.

2. Debtor(s) shall bring with them those documents described on Exhibit "1" attached hereto.

DATED:          LAW OFFICE OF RICHARD W. SNYDER

By: _____
Richard W. Snyder,
Attorney for Movant

Certification Pursuant to LBR 2004-1:

Attached hereto as Exhibit "2" is a true and correct copy of the initial correspondence sent by my office advising Debtor's counsel of Movant's desire to arrange for a mutually agreeable date, time, place and scope of an examination and/or production under LBR 2004-1, as well as case notes documenting any subsequent attempts to reach Debtor's counsel to meet and confer by e-mail and phone. To date, Debtor's counsel has expressed no alternate preference to the proposed date, time, place or scope of the examination and production.

DATED:

By: _____
Richard W. Snyder, Esq.
Attorney for Movant

---

LAW OFFICE OF RICHARD W. SNYDER
RICHARD W. SNYDER, ESQ., State Bar # 183570
131 N. Tustin Ave. Suite 200
Tustin, CA 92780
(714) 505-7585

Attorney for Movant
MERCHANTS ACQUISITION GROUP LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re  ) Case No.: 2:19-17765ER
MORGAN R FLINT  ) CHAPTER 7
         )
Debtor(s),  ) DECLARATION OF BRUCE
         ) JACKMAN IN SUPPORT OF
         ) MOTION FOR ORDER
         ) AUTHORIZING DEBTOR
         ) EXAMINATION AND PRODCUTION
         ) OF DOCUMENTS UNDER
         ) BANKRUPTCY RULE 2004;
         ) Date:
         ) Time:
         ) Place:

TO THE HONORABLE ERNEST ROBLES, BANKRUPTCY JUDGE:

I, Bruce Jackman, hereby declare and state:

1. I am the custodian of records for the Movant herein, Merchants Acquisition Group LLC ("MAG"). I have personal knowledge of all facts set forth herein and if called as a witness to testify thereto I could and would do so.

2. On or about 07/02/2019 Debtor(s) filed a voluntary petition under Title 11, Chapter 7 of the United States Bankruptcy Code.

3. Daniel's Jewelers ("Creditor") is a creditor of said Debtor(s) with respect to a charge account opened by Debtor(s) with Daniel's Jewelers on agreement of security on

EXHIBIT 2

or about 02/12/2011 as account number 11010474039. On or before 04/27/2015 Debtor(s) purchased 1-3/4CTW LADIES DIAMOND RING ("Collateral"), with fair market value as of the time of filing bankruptcy of $5474.95.

4. Creditor assigned its claim against above-named Debtor(s) to MAG on or about 09/16/2019.

5. Creditor placed its claim against above-named Debtor(s) with MAG on or about 08/22/2019 to determine the location and condition of the Collateral and/or to review the account documentation to determine if sufficient cause exists to file an adversary proceeding under 11 U.S.C. § 523(a).

6. MAG has attempted to contact attorney for Debtor(s) to determine the location and condition of the Collateral. As of the date of filing of this motion, Debtor(s) have been non-responsive or have not provided sufficient information concerning the Collateral. Pursuant to the requirements of LBR 2004-1(a), MAG's attorney has attempted to contact attorney for Debtor(s) by telephone to arrange for a mutually agreeable date, time, place and scope for the requested examination.

7. MAG now believes that cause may exist for filing a motion for relief from stay to facilitate its retained remedies, or if the stay has already been lifted, MAG seeks to determine the extent of its in rem rights in and to the subject Collateral.

8. MAG wishes to question the Debtor(s) further to determine the location and/or disposition of its Collateral. Creditor desires to have an examination of the Debtor(s) conducted by Richard W. Snyder, Esq., at 131 N. Tustin Ave. Suite 200, Tustin CA 92780.

9. This motion cannot proceed under Bankruptcy Rule 7030 as there has been no commencement of an adversary action and there are no adversaries pending.

10. This motion cannot proceed under Bankruptcy Rule 9014 as this is not a contested matter.

11. Pursuant to Bankruptcy Rule 2004(e), the Debtor(s) herein reside(s) at 28160 MCBEAN PKWY #25301 VALENCIA, CA 91354, which is within 100 miles of the place of examination.

WHEREFORE, Movant prays that the Court enter its order as follows:

1. That Debtor(s) appear for an examination to be conducted by Richard W. Snyder, Esq., at 131 N. Tustin Ave. Suite 200, Tustin CA 92780, on 10/25/2019 at 12:00PM.

2. Debtor(s) shall bring with them those documents described on Exhibit "1" attached hereto.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed at Tustin, California on September 18, 2019.

By: _____
Bruce Jackman

DRAFT

EXHIBIT "1"

All of the following documents:

1. Any and all documents and records in the Debtor(s)' possession relating to the debt owed to DANIEL'S JEWELERS.

2. Any and all documents relating to the location and/or condition of all item(s) purchased from DANIEL'S JEWELERS, including but not limited to the Collateral described as: 1-3/4CTW LADIES DIAMOND RING.

3. Any and all documents and records evidencing the transfer or sale of any item(s) purchased by the Debtor(s) from DANIEL'S JEWELERS, if applicable.

4. Any and all documents and records evidencing the proceeds realized by the Debtor(s) from any transfer or sale of any item(s) purchased by the Debtor(s) from DANIEL'S JEWELERS, if applicable.

5. Any and all documents and records evidencing the truthfulness and/or accuracy of the statements made by the Debtor(s) in the credit application that the Debtor(s) completed and signed to open an account with DANIEL'S JEWELERS.

EXHIBIT  2

## Bruce Jackman

**From:** Bruce Jackman
**Sent:** Monday, September 30, 2019 1:43 PM
**To:** 'Lauren Rode'
**Subject:** RE: Your Client: MORGAN FLINT Case No: 2:19-17765ER

Yes, that is Mr. Snyder's office address which will be stated in his Motion and proposed Order.

Thank you for confirming the revised date and time.

Bruce Jackman
Merchants Credit Solutions
PO Box 3664
Tustin, CA 92781-3664

714-573-2846 ext 200
714-573-2865 fax


**From:** Lauren Rode [mailto:lauren.rode@gmail.com]
**Sent:** Monday, September 30, 2019 10:17 AM
**To:** Bruce Jackman
**Subject:** Re: Your Client: MORGAN FLINT Case No: 2:19-17765ER

Mr. Jackman,

I am confirming the date of Friday, November 15th at noon. Will the exam take place at 131 N. Tustin Ave., Suite 200, Tustin, CA 92780?

Thank you,

Lauren Rode, Esq.
Law Office of Lauren Rode, Esq.
www.lrodelaw.com
(310) 922-8621 Phone
(866) 700-8436 Fax

EXHIBIT 2